## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Case No. 13-cv-2594-WJM-CBS

CHAD M. WIESE

     Plaintiff,

v.

IES COMMERCIAL, INC.,

     Defendant.

---

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS

---

This matter comes before the Court on Plaintiff's Unopposed Motion to Dismiss With Prejudice, filed May 13, 2014 (ECF No. 32). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 14th day of May, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge